**JD**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FAINA MUNITS
225 Hamilton Street
Chalfont, PA  18914-2965,

                                Plaintiff,

                vs.                                    CIVIL ACTION NO.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.
6565 Kimball Drive, Suite 200
Gig Harbor, WA  98335,

                                Defendant.

## COMPLAINT

**I.      INTRODUCTION**

1.      This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

2.      The FDCPA prohibits collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

3.      Defendant is subject to strict liability for sending a collection letter which violates the provisions of the FDCPA.

**II.     JURISDICTION**

4.      Jurisdiction arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

**III.    PARTIES**

5.      Plaintiff Faina Munits ("Plaintiff") is a consumer who resides in Chalfont, Pennsylvania at the address captioned.

6.      Defendant AllianceOne Receivables Management, Inc. ("AllianceOne") is believed to be a Washington corporation with a place of business in Gig Harbor, Washington and a mailing address as captioned.

7.      AllianceOne regularly engages in the collection of consumer debts in the Eastern District of Pennsylvania using the mails and telephone.

8.      AllianceOne regularly attempts to collect consumer debts alleged to be due another.

9.      AllianceOne is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. §1692a(6).

**IV.    STATEMENT OF CLAIM**

10.     On March 18, 2010, AllianceOne sent Plaintiff a collection notice seeking to collect a consumer debt alleged due. A copy of the March 18, 2010 collection notice is attached hereto as Exhibit "A", redacted for privacy per Fed. R. Civ. Pro. 5.2.

11.     The March 18, 2010 letter states in part:

Our investigator will be handed your file on 03-25-10.

The asset investigation is to determine your employment, means of support, and other assets. Ignoring our request for payment indicates that we must enforce collection.

12.     The FDCPA prohibits debt collectors using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. §1692e; §1692e(10).

13.     The FDCPA also prohibits the threat to take any action that is not intended to be taken. §1692e(5).

14.     Defendant AllianceOne's March 18, 2010 collection letter purporting to assign an "investigator" to conduct an investigation into Plaintiff's "employment, means of support, and other assets" was false, deceptive, and misleading, in violation of the FDCPA.

15.     Defendant AllianceOne would not and did not assign an investigator to investigate Plaintiff's employment, means of support and other assets.

16.     AllianceOne's threat to conduct an asset investigation was designed to deceive and intimidate Plaintiff into paying on the alleged account for fear of having some type of overreaching investigation conducted into her personal affairs.

### COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

17.     Plaintiff repeats the allegations contained above as if the same were here set forth at length.

18.     Defendant has violated the Fair Debt Collection Practices Act by sending a false, deceptive and misleading communication in violation of 15 U.S.C. §1692e, §1692e(5) and §1692e(10).

**WHEREFORE**, Plaintiff Faina Munits demands judgment against Defendant AllianceOne Receivables Management, Inc. for:

(a)     Damages;

(b)     Attorney's fees and costs;

(c)     Such other and further relief as the Court shall deem just and proper.

## V.   DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date:   06/29/10

/s/Theodore E. Lorenz (TEL5114)
CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
Attorneys for Plaintiff

LUNDY, FLITTER, BELDECOS &
BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA  19072
(610) 822-0781

# EXHIBIT "A"


**AllianceOne**
Receivables Management, Inc.

6565 KIMBALL DRIVE SUITE 200
GIG HARBOR WA 98335

Name : FAINA MUNITS

Account Number :                    PIN : XP

Telephone : 1-866-897-5309

March 18, 2010

Client Reference Number : See the reverse side of this letter or attached detail page

Client :   See the reverse side of this letter or attached detail page

Dear Sir or Madam:

Our investigator will be handed your file on 03-25-10.

The asset investigation is to determine your employment, means of support, and other assets. Ignoring our request for payment indicates that we must enforce collection. To avoid the additional costs of collection efforts, pay this account now or make arrangements with our office.

**Your account representative is: TOBIAS PENROSE (253)620-2308**

For your convenience you can now make your debit card or credit card payment towards your AllianceOne account online at: http://www.payaoi.com or by calling our 24-hour automated phone system at the number above.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

A $5.00 FEE WILL BE CHARGED FOR EACH CREDIT OR DEBIT CARD PAYMENT.

## ACCOUNT INFORMATION

| Assigned Amount | Assigned Interest | Post Assigned Interest | Other Fees or Charges | Payments Received | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| $ | $ | $ 0.00 | $ 0.00 | $ 0.00 | $ |

✂ Detach Bottom Portion And Return With Payment ✂

PO BOX 510267
LIVONIA MI 48151-6267
RETURN SERVICE REQUESTED

To contact us regarding your account, call: 1-866-897-5309

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number     Check One: ☐ Visa    ☐ MasterCard

Payment Amt: $          Exp. Date:          CVV #:          (last 3 numbers on back of card)

Card Holder Name _____

Signature of Card Holder _____   Date _____

⬆ Mail return address only; send no letters

S-CUAMFC10  L-CINVEST  A-             O-
P11PFV00211518 I12703

FAINA MUNITS
225 HAMILTON ST
CHALFONT PA 18914-2965

ALLIANCEONE RECEIVABLES MANAGEMENT INC.
PO BOX 2449
GIG HARBOR WA 98335-2449

⬆ Please send all correspondence and make check or money order payable to the above address:

| Account Number | Amount |
|---|---|
|  | $ |

Daytime Phone # _____   Evening Phone # _____

| CREDITOR | ACCOUNT NUMBER | ASND AMT | ASND INT | POST INT | OTHR FEES | PAY REC | TOTAL |
|----------|----------------|----------|----------|----------|-----------|---------|-------|
| SALLIE MAE | ▬▬▬▬▬ | ▬▬▬ | ▬▬▬▬▬ | 0.00 | 0.00 | 0.00 | ▬▬▬▬ |
| TOTAL | | ▬▬▬ | ▬▬▬ | 0.00 | 0.00 | 0.00 | ▬▬▬▬ |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF  DINA MUNITS

**DEFENDANT  ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**

10    3187

**(b)** County of Residence of First Listed Plaintiff  Bucks
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  Cary L. Flitter, Esq. and Theodore E. Lorenz, Esq., Lundy, Flitter, Beldecos & Berger, P.C., 450 N. Narberth Avenue, Narberth, PA 19072, (610) 822-0781

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

Appeal to District

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1692
Brief description of cause: Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE    DOCKET NUMBER

DATE  6/29/10

SIGNATURE OF ATTORNEY OF RECORD

JUN 30 2010

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

APPENDIX F

UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

**10   3187**

Address of Plaintiff: 225 Hamilton Street, Chalfont, PA  18914-2965

Address of Defendants: 6565 Kimball Drive, Suite 200, Gig Harbor, WA  98335

Place of Accident, Incident or Transaction: Chalfont, PA  18914-2965
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
  (Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)                    Yes ☐    No ☒

Does this case involve multidistrict litigation possibilities?                                                Yes ☐    No ☒

*RELATED CASE, IF ANY:*

  Case Number: _____    Judge _____    Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                                    Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
                                                                                    Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
                                                                                    Yes ☐  No ☐

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Fair Debt Collection Practices Act, 15 U.S.C. § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
    ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    ☐ Relief other than monetary damages is sought

DATE: _____    _____    _____
                            Attorney-at-Law                Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/29/10    _____    67795
CIV.609 (4/03)        Attorney-at-Law            Attorney I.D.

JUN 3 0 2010

APPENDIX I

 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

FAINA MUNITS                         :      CIVIL ACTION

                           V.                :      **10    3187**

                                                :      NO.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC. :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)     Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.            (     )

(b)     Social Security – Cases requesting review of a decision of the Secretary of Health
           and Human Services denying plaintiff Social Security Benefits               (     )

(c)     Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( X  )

(d)     Asbestos – Cases involving claims for personal injury or property damage from
           exposure to asbestos.                                                    (     )

(e)     Special Management – Cases that do not fall into tracks (a) through (d) that are
           commonly referred to as complex and that need special or intense management
           by the court. (See reverse side of this form for a detailed explanation of special
           management cases)                                             (     )

(f)     Standard Management – Cases that do not fall into any one of the other tracks.     (     )

| | | |
|---|---|---|
| 6/29/10 | *T. [signature]* | Theodore E. Lorenz |
| **Date** | **Attorney at Law** | **Attorney for Plaintiff** |
| 610-822-0781 | 610-667-0552 | lorenz@lfbb.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

JUN 3 0 2010